1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    UNITED STATES OF AMERICA,

9                          Plaintiff,                Case No. CR25-020 TL

10        v.                                         **DETENTION ORDER**

11   DARRELL EDWARD WILSON,

12                          Defendant.

13       The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

14   and based upon the factual findings and statement of reasons for detention hereafter set forth,

15   finds that no condition or combination of conditions which the defendant can meet will

16   reasonably assure the appearance of the defendant as required and the safety of any other person

17   and the community.

18   **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

19       (1)    Defendant has been charged with Count 1: Unlawful Possession of a Firearm;

20   Count 2: Possession of a Controlled Substance with Intent to Distribute; Count 3: Carrying a

21   Firearm During and in Relation to a Drug Trafficking Crime; and Count 4: Unlawful

22   Transportation of Explosive Material.   Defendant has prior criminal convictions for felony

23   offenses.  The Court received information about defendant's personal history, residence, family

DETENTION ORDER - 1

1  or community ties, employment history, financial status, health, and substance use.  The

2  defendant through his attorney made argument as to release.  Defendant is viewed as a risk of

3  nonappearance based on his history of failing to appear, noncompliance with supervision, and

4  prior conviction for bail jumping and escape.  Defendant has untreated and on-going

5  polysubstance use issues. Defendant is associated with multiple dates of birth and aliases.

6  Defendant is viewed as a risk of danger based on his criminal history and the nature of the instant

7  offense.

8          It is therefore **ORDERED**:

9          (1)     Defendant shall be detained pending trial and committed to the custody of the

10  Attorney General for confinement in a correctional facility separate, to the extent practicable,

11  from persons awaiting or serving sentences, or being held in custody pending appeal;

12          (2)     Defendant shall be afforded reasonable opportunity for private consultation with

13  counsel;

14          (3)     On order of a court of the United States or on request of an attorney for the

15  Government, the person in charge of the correctional facility in which Defendant is confined

16  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

17  connection with a court proceeding; and

18          (4)     The Clerk shall direct copies of this order to counsel for the United States, to

19  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

20  Officer.

21          DATED this 14th day of February, 2025.

22

23          _____
            PAULA L. MCCANDLIS
            United States Magistrate Judge

DETENTION ORDER - 2